# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00638-CV

---

**In re Commitment of William Thomas Hegwood**

---

**FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
NO. C-1-MH-22-001666, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant William Hegwood appeals the trial court's October 5, 2022, order granting an application to administer psychoactive medication. *See* Tex. Health & Safety Code §§ 574.108, 574.070(e). Appellant's brief was originally due on November 28, 2022. On November 30, 2022, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by December 12, 2022, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

         Edward Smith, Justice

Before Justices Baker, Smith, and Jones*

Dismissed for Want of Prosecution

Filed:   May 17, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).